ALFRED A. GALLEGOS, #160971
ATTORNEY AT LAW
123 NORTH D STREET, SUITE D
MADERA, CA 93638
TELEPHONE: (559) 673-5260
FACSIMILE:  (559) 660-5450

ATTORNEY FOR Appellant/Debtor DEBORAH C. GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 1:12-CV-01454-AWI |
| DEBORAH C. GARCIA, | Bankruptcy Case No. 12-16158-B-13 |
| Appellant/Debtor. | **ORDER DISMISSING BANKRUPTCY APPEAL** |

Pursuant to stipulation of the Appellant and the Real Party in Interest made and filed in accordance with Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, this appeal is dismissed, with each party to bear their own attorneys' fees, costs and expenses associated with bringing and defending this appeal.

APPROVED AS TO FORM:

POWELL & POOL, LLP


By:  /s/ Jessica L. Gianetta
      Jessica L. Giannetta

IT IS SO ORDERED.

Dated:   May 21, 2013

_____
SENIOR  DISTRICT  JUDGE